Name  The Law Offices of John Asuncion, Esq

Address 4311 Wilshire Blvd., Suite 602

Los Angeles, CA 90010-3717

Telephone (323) 954-4330

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

(If applicable) Attorney's
State Bar I.D. No. 165406

LODGED

04 JAN -5 PM 3:37

BY _____ DEPUTY

FILED
JAN 8 2004
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

ENTERED
JAN -8 2004
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

List all names including trade names, used by Debtor(s) within last 6 years:

Esteban Martinez,
Patricia Martinez,

Chapter 13
Case No. LA03-40345 SB

Social Security No. 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      Debtor
Social Security No. 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      Joint Debtor
Debtor(s) EIN No. _____

**DEBTOR'S APPLICATION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 WITH PROOF OF SERVICE AND ORDER THEREON**
(No Hearing Required)

Debtor requests that the above-entitled Chapter 13 case be dismissed, and, pursuant to 11 U.S.C. § 1307(b), Local Bankruptcy Rule 111(2) and Local General Order No. 1, Paragraph 28, makes the following representations in support thereof:

1. ☒ The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208; or

   ☐ The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

2. ☒ There is no motion for relief from the automatic stay pending against the debtor and no such motions have been filed in this case; or

   ☐ The following motion for relief from the automatic stay is pending against the debtor or was filed and resolved or dismissed prior hereto:
   _____

3. The debtor seeks dismissal of this case for the following reasons: Debtors can-not come up with payments at this time.

4. ☒ The debtor has made no arrangements or agreements with any creditor or other person in connection with this application to dismiss; or

   ☐ The debtor has made the following arrangements or agreements with the named creditor or other person in connection with this application to dismiss: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  5th  day of  January , 2004 at 4311 Wilshire Blvd. #602
Los Angeles , California 90010-3717

Presented by:

_____
Attorney for Debtor

_____
Debtor

_____
Joint Debtor

CASE NO LA03-40345 SB

## PROOF OF SERVICE

I, the undersigned, hereby certify that I served a copy of the foregoing Application for Voluntary Dismissal of Chapter 13 on the Chapter 13 Trustee and all creditors and other parties in interest at the addresses indicated on the attached sheet(s).

Executed on __January 5th, 2004__ at __4311 Wilshire Blvd. #602__ __Los Angeles__, California

_____
M. Dilella

## ORDER

Having read and considered the foregoing application, it is ORDERED that the above-entitled Chapter 13 case is dismissed.

Dated: __JAN 8 2004__

_____
United States Bankruptcy Judge

```
Esteban Martinez
11867 206th Street
Lakewood, CA 90715

Patricia Martinez
11867 206th Street
Lakewood, CA 90715

John Asuncion
John Asuncion , Esq.
4311 Wilshire Blvd.,#602
Los Angeles, CA 90010

United States Trustee
Ernst & Young Plaza
725 S. Figueroa Street. #26th.
Los Angeles, CA 90017

Nancy Curry
606 S. Olive St.#1850
Los Angeles, CA 90014
```

American Collection
c/o Capital One
P.O. BOX 30096
Alexandria, VA 22310

Americredit Financial Services
P.O. BOX 83066
Los Angeles, CA 90083

Beneficial Mortgage
P.O. BOX 83066
Los Angeles, CA 90083

Chevron
P.O. BOX 2001
Concord, CA 94529-0001

Citimortgage
P.O. BOX 790007
Saing Louis, MO 63179-0007

Encore
C/O Richard State Bank
P.O. BOX 3330
Olathe, KS 66063-3330

FBCS, Inc.
c/o Cross Country Bank
841 E. Huntington Park Avenue
Philadelphia, PA 19124

GC Services
c/o Mervyn's
P.O. BOX 261000
San Diego, CA 92196

Lake Valley Retrievals, Inc.
c/o Providian Financial
P.O. BOX 178454
San Diego, CA 92177

Midland Credit Management
c/o Household Visa
Dept. 8870
Los Angeles, CA 90084-8870

NCO Financial
c/o Target
P.O. BOX 41457
Philadelphia, PA 19101-1457

Newport News
FCNB Processing Center
9310 SW Gemini Drive
Beaverton, OR 97078-0001

Triad Financial
Dept. CH10104
Palatine, IL 60055